IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| ANNA MAIN, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON, )<br>)<br>Defendant. ) | **ORDER**<br><br>C.A. NO. 6:16-CV-1243-MGL |

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation Deadline:          November 14, 2016

    b. Joint Stipulation:            December 12, 2016

    c. Cross-Motions for Judgment:   December 12, 2016

    d. Replies to Cross-Motions
       for Judgment:                 December 19, 2016

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
Hon. Mary Geiger Lewis
United States District Judge

September 12, 2016
Columbia, South Carolina